BUTLER *v.* THE STATE.

COBB, J.   The evidence authorized the judgment rendered by the judge of the city court presiding without a jury, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., and Little, J., absent.*

Submitted October 16, — Decided October 30, 1900.

Accusation of simple larceny.   Before Judge Eve.   City court of Richmond county.   June 25, 1900.

*B. B. McCowen,* for plaintiff in error.
*C. Henry Cohen, solicitor,* contra.